IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DORETHA HARRISON,<br>803 R Street NW, #201<br>Washington, D.C. 20001<br><br>　　　　Plaintiff,<br><br>v.<br><br>ALLSTATE FINANCIAL SERVICES LLC,<br>1050 E. Flamingo Rd. #E 320<br>Las Vegas, NV 89119<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil No. |

### NOTICE OF REMOVAL

TO:　THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT
　　　FOR THE DISTRICT OF COLUMBIA

Defendant Allstate Financial Services LLC ("AFS"), by and through its undersigned counsel, hereby files this Notice of Removal pursuant to 28 U.S.C. §§ 1441 and 1446. In support of its Notice of Removal, defendant respectfully states and alleges as follows:

1.　On November 8, 2010, Plaintiff Doretha Harrison commenced a civil action against AFS in the Superior Court of the District of Columbia, Civil Division. A true and correct copy of plaintiff's Complaint and Summons as served is attached hereto as Exhibit 1. On November 8, 2010, the Superior Court issued its Initial Order and Addendum. A true and correct copy of the Court's Initial Order is attached hereto as Exhibit 2. Service of process was made on CT Corporation as registered agent of AFS on November 16, 2010. However, the copy of the Complaint that was served was missing page 5, which has since been obtained from Plaintiff's

counsel so that AFS may respond to the Complaint.[1] Defendant AFS is filing this Notice of Removal within thirty (30) days of receipt of the summons and Complaint on November 16, 2010. *See* 28 U.S.C. § 1446(b). There have been no further proceedings in the above-titled action in the Superior Court of the District of Columbia.

2. Removal is proper because this action is founded on a claim or right arising under the Constitution, laws or treaties of the United States. *See* 28 U.S.C. 1441(b); 28 U.S.C. § 1331; *Caterpillar, Inc. v. Williams*, 482 U.S. 386, 392 (1987). In her Complaint, Plaintiff pleads a cause of action against Defendant AFS under Title 15 § 1692, *et seq.* of the United States Code.

3. Pursuant to 28 U.S.C. §§ 1441(c) and 1367(a), this Court may exercise supplemental jurisdiction over Plaintiff's remaining claims.

4. Pursuant to 28 U.S.C. § 1446(a), removal to the United States District Court for the District of Columbia is proper because this is the federal district court for the district and division where the state court suit is pending.

5. As required by 28 U.S.C. § 1446(a), true and correct copies of all process, pleadings, and orders served upon Defendant AFS are being filed with this Notice of Removal.

6. Pursuant to 28 U.S.C. § 1446(d), written notice of the filing of this Notice of Removal will be served upon plaintiff, and a copy of this Notice of Removal is being filed with the Clerk of the Superior Court for the District of Columbia, Civil Division.

---

[1] Defendant AFS has never been formally served with a complete copy of the Complaint.

7.   Pursuant to 28 U.S.C. § 1446(a), this Notice of Removal is signed pursuant to Rule 11 of the Federal Rules of Civil Procedure.

DATED: December 6, 2010

                                        Respectfully submitted,

                                        */s/ Elizabeth Tobio*
                                        Robert G. Lian, Jr. (D.D.C. Bar No. 446313)
                                        Elizabeth Tobio (D.D.C. Bar No. 501572)
                                        AKIN GUMP STRAUSS HAUER & FELD, LLP
                                        1333 New Hampshire Avenue, NW
                                        Washington, DC 20036
                                        Telephone: (202) 887-4000
                                        Facsimile: (202) 882-4288

                                        ATTORNEYS FOR DEFENDANT
                                        ALLSTATE FINANCIAL SERVICES LLC

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice of Removal was served this 6th day of December, 2010, via overnight mail, on the following:

>Wendy J. Weinberg, Esq
>Legal Aid Society of D.C.
>1331 H Street, NW #350
>Washington, DC 20005
>(202) 386-6670

_____
ELIZABETH TOBIO