# EXHIBIT 1

CA Form 1

# Superior Court of the District of Columbia
## CIVIL DIVISION
500 Indiana Avenue, N.W., Room JM-170
Washington, D.C. 20001   Telephone: 879-1133

DORETHA HARRISON

*Plaintiff*

VS.

ALLSTATE FINANCIAL SERVICES, LLC

*Defendant*

Civil Action No. 0008506-10

Service on Registered Agent
CT Corporation System
1015 15th Street, NW #1000
Washington, DC 20005

**SUMMONS**

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government you have 60 days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear **below**. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue. N.W. between 9:00 am. and 4:00 pm., Mondays through Fridays or between 9:00 am. and 12:00 Noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

*Clerk of the Court*

Wendy J. Weinberg
Name of Plaintiff's Attorney

Legal Aid Society of DC
Address
1331 H Street NW #350, WDC 20005

202-386-6670
Telephone

By _____
Deputy Clerk

Date  11/28/2010

PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPANOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170

YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM JM 170

Form CV(6)-456/Mar. 93   NOTE: SEE IMPORTANT INFORMATION ON BACK OF THIS FORM.

IMPORTANT: IF YOU FAIL TO SERVE AND FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, DO NOT *FAIL TO ANSWER WITHIN THE REQUIRED TIME*

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (628-1161) or the Neighborhood Legal Services (682-2700) for help or come to Room JM 170 at 500 Indiana Avenue, N.W., for more information concerning where you may ask for such help.

IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| DORETHA HARRISON,<br>803 R Street NW, #201<br>Washington, D.C. 20001,<br><br>Plaintiff,<br><br>v.<br><br>ALLSTATE FINANCIAL SERVICES LLC<br>1050 E. Flamingo Rd. #E 320<br>Las Vegas, NV 89119<br><br>Defendant. | *<br>*<br>* Civil Action No. 0008506-10<br>*<br>* Judge _____<br>*<br>* Calendar No. _____<br>*<br>*<br>*<br>*<br>*<br>* |

RECEIVED
NOV 08 2010
Superior Court
District of Columbia

## COMPLAINT AND DEMAND FOR A JURY TRIAL
### Unlawful Debt Collection Practices

### PRELIMINARY STATEMENT

1. This is an action for actual and statutory damages brought by Plaintiff, Doretha Harrison, an individual consumer, against Defendant Allstate Financial Services for violations of the Fair Debt Collections Practices Act, 15 U.S.C. § 1692 et seq. ("FDCPA"), the D.C. Consumer Protection Act, D.C. Code § 28-3814 ("CPA"), and the D.C. Consumer Protection Procedures Act, D.C. Code § 28-3901 et seq. ("CPPA"), all of which prohibit debt collectors from engaging in abusive, deceptive or unfair practices.

### JURISDICTION

2. This Court has jurisdiction over this matter pursuant to D.C. Official Code § 11-921 (2001) and 15 U.S.C. § 1692k(d).

3. This Court has personal jurisdiction over the Defendant pursuant to D.C. Official Code § 13-423 (2001).

## PARTIES

4. Plaintiff Doretha Harrison is a natural person residing in the District of Columbia.

5. Defendant Allstate Financial Services, a.k.a Allstate Adjustment Bureau, is a Nevada corporation engaged in the business of collecting consumer debt, including debts in the District of Columbia, with its principal place of business at 1050 E. Flamingo Rd. #E 320, Las Vegas, Nevada. The principal purpose of Defendant is the collection of debts and Defendant regularly attempts to collect debts alleged to be due another.

6. Defendant is engaged in the collection of debts from consumers using the telephone. Defendant is a "debt collector" as defined by the FDCPA, 15 U.S.C. § 1692a(6), and D.C. Code § 28-3814(b)(3).

7. Defendant is a person as defined in D.C. Code § 28-3901(a)(1).

## STATEMENT OF FACTS

8. Plaintiff, Doretha Harrison, has received numerous threatening calls from Defendant Allstate Financial Services ("AFS"), in which AFS employees attempt to intimidate Ms. Harrison and imply that she is facing criminal prosecution for check fraud.

9. In mid-September, 2009, Ms. Harrison received several calls from AFS employees who claimed to be from the fraud department, and who threatened to send information to the police about Ms. Harrison allegedly committing check fraud.

10. Subsequently, and more specifically, Ms. Harrison received three calls from AFS, on September 29, 2010: at 3:51 p.m., 4:19 p.m., and 8:24 p.m. The first call purported to be from someone investigating fraud on behalf of AFS. The second call, 28 minutes later, purported to be from a private investigator. The third call, later that evening, again purported to be from someone investigating fraud on behalf of AFS.

11. On September 30, 2010, Ms. Harrison again received three calls from AFS within 3 hours: at 9:03 a.m., 11:13 a.m. and 11:55 a.m. All of these calls purported to be from someone responsible for investigating fraud for AFS.

12. On October 1, 2010, Ms. Harrison received two calls from AFS. The first, at 10:47 a.m. purported to be from someone investigating fraud for AFS. The caller left a message on Ms. Harrison's answering machine. Its content was fairly typical of the previous calls, with the caller stating:

> This is an urgent and final message being left for Doretha Harrison. Doretha, my name is Joshua Markham. I represent the Fraud and Compliance Division, corporate offices of Allstate. My call to you today is pertaining to an investigation of fraud that I've been asked to conduct on a number of returned checks. I have a very time-sensitive situation on hand. ***I've been asked to file a report through the Assistant District Attorney's office governing the District of Columbia by end of business today on the two checks that I'm currently investigating. I wanted an opportunity to speak with you before turning the matter over to the authorities of prosecution criminally.*** This will, however, serve as your final opportunity to address this matter voluntarily. A number of attempts have been made to contact you within the last couple of days without success, and I've been asked to report on the checks now, with or without your consultation. Return my phone call immediately if you have any interest at all in addressing this situation. You can reach me at 877-800-7878. My personal extension is 1047. Make note of and please reference case number 4417592 when returning my call. Please bear in mind, if you will, that again, numerous attempts have been made, without response. ***I received instructions this morning from our house attorney to go ahead and file the checks with or without your consultation. If it is something that you wish to address voluntarily, I look forward to speaking with you directly.*** (Emphasis added)

13. The second caller, seven minutes later, at 11:54 a.m. purported to be a Detective investigating a check fraud. The caller also left a message. Its content was similar to the other call that Ms. Harrison received from a person purporting to represent law enforcement:

> Hi this message is for Doretha Harrison. Ms. Harrison, my name is ***Detective Miller*** with the check fraud recovery investigations department, calling in regards to a file that was recently forwarded over to my department. That file number is 441759-3. Ms. Harrison, I do need you to contact my office so we can get this matter resolved. It is said to be filed and processed Monday morning at 9:30 AM for further action and review. Please do contact me regarding this matter. (703) 260-1429. Thank you.

3

14. Upon information and belief, based upon the timing of the call from "Detective Miller" and the reference to the same case number used by AFS in its calls to Ms. Harrison, this call was also from AFS.[1]

15. Ms. Harrison was greatly alarmed and anxious as a result of these calls, and on October 1, 2010, called "Mr. Markham" back. As a result of her conversation with Mr. Markham, and the previous calls from AFS, Ms. Harrison believed that she would up in jail or be arrested by the end of the day if she did not arrange to make payment to AFS. Consequently, Ms. Harrison turned over her bank account information to Joshua Markham, to enable him to make two withdrawals of approximately $350 each from her bank account.

16. Ms. Harrison believed that these withdrawals were intended to cover two bounced checks for $150 and $300 each ($450 total). The additional $250 ($700-$450) was supposed to represent "late charges" for the bounced checks. Ms. Harrison agreed to this withdrawal based upon her fear that she was facing immediate imprisonment, even though she needed this money in order to pay her rent, and feared eviction should she release these funds to AFS.[2]

17. Ms. Harrison received another call from Joshua Markham on October 8, 2010 at 1:31 p.m. This call also threatened to report Ms. Harrison to the Assistant DA's office of the District of Columbia immediately as a result of Ms. Harrison's alleged fraud.

18. As a result of the acts alleged above, Plaintiff suffered headaches, anxiety, depression, embarrassment, insomnia, and fear, and was unable to continue with her normal daily activities.

---

[1] AAB used referenced both case number s 4417592 and 4417593 in its calls to Ms. Harrison.
[2] Ms. Harrison subsequently withdrew her consent to this withdrawal.

4

22. Defendant violated the CPA by, *inter alia*:

   a. Accusing or threatening to falsely accuse a person of fraud or any crime in violation of D.C. Code § 28-3814(c)(2);

   b. Threatening that nonpayment of an alleged claim will result in the arrest of any person in violation of D.C. Code § 28-3814(c)(5);

   c. Falsely representing or implying that any debt collector is vouched for, bonded by, affiliated with or an instrumentality, agent, or official of the District of Columbia government in violation of D.C. Code § 28-3814(f)(6).

## COUNT III

Violations of the D.C. Consumer Protection Procedures Act

23. Doretha Harrison repeats the allegations of paragraphs 1 through 18 as more fully set forth herein.

24. Defendant violated the CPPA by *inter alia*:

   a. Misrepresenting a material fact which has a tendency to mislead in violation of D.C. Code § 28-3904(e);

   b. Failing to state a material fact that tends to mislead in violation of D.C. Code § 28-3904(f);

   c. Harassing, or threatening a consumer with any act other than legal process by telephone, in violation of D.C. Code § 28-3904(m).

### Prayer For Relief

WHEREFORE, Plaintiff pursuant to the Fair Debt Collections Practices Act, the D.C. Consumer Protection Act, and the D.C. Consumer Protection Procedures Act, and the Court's own equitable powers, requests that this Court:

1. Enter a declaratory judgment that Defendant's conduct violated the FDCPA, the CPPA and the CPA;

2. Order Defendant to pay Plaintiff's actual damages;

3. Order Defendant to pay statutory damages pursuant to 15 U.S.C. § 1692(k);

4. Order Defendant to pay actual damages and punitive damages pursuant to D.C. Code § 28-3814(j);

5. Order Defendant to pay either treble damages or $1500 for each violation of the CPPA, whichever is greater; as well as punitive damages, pursuant to D.C. Code § 29-3905(k);

6. Order Defendant to pay the costs and attorneys' fees of Plaintiff associated with this action, as well as such declaratory and additional relief as the Court may determine to be just and proper.

## DEMAND FOR JURY TRIAL

The Plaintiff demands a trial by jury on all issues so triable.

Dated: November 8, 2010

Respectfully submitted,

*/s/ Wendy J. Weinberg*
Wendy J. Weinberg # 445460
Legal Aid Society of D.C.
1331 H St., N.W. #350
Washington, DC 20005
(202) 386-6670
wweinberg@legalaiddc.org
Counsel for Plaintiff