

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**

**WASHINGTON, D.C. 20001-2131**

Date: 12-13-2010

**RECEIVED
DEC 15 2010
SUPERIOR COURT**

The Honorable Angela Caesar, Clerk
United States District Court for the District of Columbia
3rd and Constitution Avenue, Washington, D.C. 20001

10-cv-2067 RMC

**In Re: Doretha Harrison vs. Allstate Financial Services, LLC**

**Civil Action Number 10ca8506**

Dear Ms. Angela Caesar:

    Transmitted herewith are all of the pleadings filed in the above captioned case pursuant to a Petition for Removal Filed on December 9, 2010. This case consists of 1 volume(s). A certified copy of the docket entries is also enclosed.

    Please acknowledge receipt of our file on the duplicate copy of this letter, and return it to this Court.

Sincerely,

Derrick Monroe, Branch Chief
Civil Actions Branch

By: _____

```
Date: 12/13/2010   11:15:03           Docket Sheet                    Page: 1
CRTR5925                                Summary
```

| Case Number | Status | Judge |
|---|---|---|
| 2010 CA 008506 B | Closed | BARTNOFF, JUDITH |

| In The Matter Of | | Action |
|---|---|---|
| HARRISON, DORETHA  Vs. ALLSTATE FINANCIAL SERVICES LLC | | Complaint for Harassment Filed |

| Party | | Attorneys |
|---|---|---|
| HARRISON, DORETHA | PLNTF | PRO SE |
| ALLSTATE FINANCIAL SERVICES LLC | DFNDT | SIMPSON, STEPHEN W |

| Opened | Disposed | Case Type |
|---|---|---|
| 11/08/2010 | Notice of Removal To USDC | Civil II |

Comments:

| No. | Date of Journal | Pleadings Filed, Orders and Decrees Book-Page-Nbr    Ref Nbr | Amount Owed/ Amount Dismissed | Balance Due |
|---|---|---|---|---|
| 1 | 12/13/10 | Notice of Hearing Mailed Next Business Day<br><br>Notice Of Removal<br>Sent on:  12/13/2010  11:14:51 | 0.00 | 0.00 |
| 2 | 12/09/10 | Notice of Removal to USDC for the District of Columbia. 10-cv-2067 | 0.00 | 0.00 |
| 3 | 12/09/10 | Additional eFiling Document to Notice of Removal to USDC Filed. submitted 12/09/2010 10:20. atm | 0.00 | 0.00 |
| 4 | 12/09/10 | Notice of Removal to USDC Filed. submitted 12/09/2010 10:20. atm<br>Attorney: TOBIO, ELIZABETH (501572)<br>ALLSTATE FINANCIAL SERVICES LLC<br>(Defendant); | 0.00 | 0.00 |
| 5 | 12/06/10 | (ACCEPTED IN ERROR) Notice of Removal to USDC Filed submitted. 12/06/2010 17:39.plt.<br>Attorney: SIMPSON, STEPHEN W (501341)<br>STEPHEN W SIMPSON (Attorney) on behalf of ALLSTATE FINANCIAL SERVICES LLC (Defendant) | 0.00 | 0.00 |
| 6 | 11/10/10 | Issue Date:  11/10/2010<br>Service:  Summons Issued<br>Method:   Service Issued<br>Cost Per:  $<br><br>       ALLSTATE FINANCIAL SERVICES LLC<br>       1050 E. Flamingo Rd.<br>       #E 320<br>       LAS VEGAS, NV   89119<br>       Tracking No: 5000088740 | 0.00 | 0.00 |

```
Date: 12/13/2010               Docket Sheet                    Page 2
             11:15:03
CRTR5925                         Summary

2010 CA 008506 B   HARRISON, DORETHA  Vs. ALLSTATE FINANCIAL SERVICES LLC
```

| No. | Date of | Pleadings Filed, Orders and Decrees<br>Journal Book-Page-Nbr    Ref Nbr | Amount Owed/<br>Amount Dismissed | Balance Due |
|---|---|---|---|---|
| 7 | 11/08/10 | Order Granting Motion to Proceed In Forma Pauperis Entered on the Docket on 11/08/2010 Signed by J/Wertheim, 11/08/2010 | 0.00 | 0.00 |
| 8 | 11/08/10 | Motion to Proceed In Forma Pauperis Filed<br>Attorney: PRO SE (999999)<br>PRO SE (Attorney) on behalf of DORETHA HARRISON (PLAINTIFF) | 0.00 | 0.00 |
| 9 | 11/08/10 | Event Scheduled<br>Event: Initial Scheduling Conference-60<br>Date: 02/11/2011   Time: 9:00 am<br>Judge: BARTNOFF, JUDITH   Location: Courtroom 100 | 0.00 | 0.00 |
| 10 | 11/08/10 | Complaint for Harassment Filed | 120.00<br>120.00 | 0.00 |

```
                    Totals By:  Cost            120.00           0.00
                                Information       0.00           0.00
                    *** End of Report ***
```

A TRUE COPY
TEST: 12/13/10

Clerk, Superior Court
of the District of Columbia

By: [signature]
Deputy Clerk